# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 08-3037**  September Term, 2014

1:05-cr-00100-RWR-2
1:05-cr-00100-RWR-3

**Filed On:** February 6, 2015

United States of America,

    Appellee

    v.

Gregory Bell, also known as Boy-Boy, also known as Bunga,

    Appellant

------------------------------

Consolidated with 11-3032

**BEFORE:** Henderson, Brown, and Wilkins, Circuit Judges

## O R D E R

Upon consideration of the joint proposal regarding argument format, it is

**ORDERED** that the following oral argument format apply in these consolidated cases, which are scheduled for argument at 9:30 a.m. on Monday, March 9, 2015:

| Issue | Time Allotted | Counsel |
|---|---|---|
| Trial Issue I | 10 min. | Sicilia Englert |
|  | 10 min. | James Perez |
| Trial Issue II | 06 min. | Sicilia Englert |
|  | 06 min. | James Perez |
| Trial Issue III | 06 min. | Sicilia Englert |
|  | 06 min. | James Perez |
| Sentencing Issues | 03 min. | Robert Becker |
|  | 03 min. | Stratton Strand |

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 08-3037**                      **September Term, 2014**

Argument on this issues will be conducted separately and in the order listed.  Form 72 should be completed and submitted by Monday, March 2, 2015.

**<u>Per Curiam</u>**

                                         **FOR THE COURT:**
                                         Mark J. Langer, Clerk

                         BY:     /s/
                                           Michael C. McGrail
                                           Deputy Clerk

Notification to the Court from Attorney Intending to Present Argument (Form 72)